**Opinion issued September 26, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-24-00697-CV

———————————

## IN RE HOMEOWNERS OF AMERICA INSURANCE COMPANY, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Homeowners of America Insurance Company, filed a petition for writ of mandamus challenging the trial court's April 4, 2022 order denying its motion for summary judgment and the May 16, 2022 order granting summary judgment in favor of real party in interest, Kyle J. McPike.[1]  Relator's mandamus petition requests that

---

[1] The underlying case is *Kyle J. McPike v. Homeowners of America Insurance Co.*, Cause No. 2021-70308, in the 215th District Court of Harris County, Texas, the Honorable Elaine Palmer presiding.

this Court issue a writ of mandamus "instructing the trial court to (1) vacate its order denying [relator's] motion for summary judgment; (2) vacate its order granting McPike's motion for summary judgment; and (3) render a take-nothing summary judgment."

We deny relator's petition for writ of mandamus. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Goodman and Guerra.